# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH


### NO. 02-13-00407-CV

METRO GAMES, INC. AND METRO ROUTE SERVICES, INC.                                    APPELLANTS

V.

BOOMERJACK VENTURES, LLC; WILLIAM C. BRIDGES, M.D. & ASSOCIATES, P.A.; WILLIAM C. BRIDGES; AND BRENT TIPPS                                    APPELLEES

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Vacate Final [Trial Court] Judgment And For Dismissal Of Appeal With Prejudice," requesting that we vacate the trial court's judgment and dismiss this appeal. Rule 42.1(a)(2), however, does not allow us to both vacate the trial court's judgment and dismiss the

---

[1]*See* Tex. R. App. P. 47.4.

appeal.[2]  It is therefore the court's opinion that the motion should be granted in part and denied in part.[3]

Accordingly, without regard to the merits, we set aside the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.[4]

Costs of the appeal shall be paid by appellants, for which let execution issue.[5]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  December 27, 2013

---

[2]*See* Tex. R. App. P. 42.1(a)(2)(A), (B); *see also Cunningham v. Cunningham,* No. 02-08-00362-CV, 2008 WL 5479677, at *1 n.2 (Tex. App.—Fort Worth Oct.30, 2008, no pet.) (mem. op.).

[3]*See* Tex. R. App. P. 42.1(a)(2), 43.2(e).

[4]*See* Tex. R. App. P. 42.1(a)(2)(B), (c), 43.2(d); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

[5]*See* Tex. R. App. P. 42.1(d).